02-11-076-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00076-CV 

 

 


 
 
 In re Luis Arroyo Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
MCCOY, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED:  March 2, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).